■ ALLA KRUTYANSKY, Respondent, v YURY KRUTYANSKY, Appellant. [748 NYS2d 510] —In a matrimonial action in which the parties were divorced by judgment dated June 13, 2000, the defendant appeals from an order of the Supreme Court, Kings County (Yancey, J.), dated August 15, 2001, which denied his motion, inter alia, to transfer marital property to the plaintiff in satisfaction of a distributive award and for a downward modification of maintenance.

Ordered that the order is affirmed, with costs.

The finding that the defendant failed to demonstrate his inability to pay the distributive award pursuant to a judgment of divorce of the same court dated June 13, 2000, is supported by the record.

The defendant's remaining contention is without merit. Feuerstein, J.P., Smith, Goldstein and Luciano, JJ., concur.

■ HERBERT KWASNIK, Appellant, v CITY OF NEW YORK et al., Defendants, and WARBASSEE CARES FOR SENIORS, INC., et al., Respondents. [748 NYS2d 510] —In an action, inter alia, to recover damages for wrongful death, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Hutcherson, J.), dated January 3, 2001, as granted the cross motion of the defendants Warbassee Cares for Seniors, Inc., Metropolitan Jewish Geriatric Center, Frances Lukasavage, Steven Einhorn, and Judith Alexander, to dismiss the complaint insofar as asserted against them.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiff failed to demonstrate that a private right of action to recover damages may be implied from Penal Law § 240.50 (2) (*see Sheehy v Big Flats Community Day,* 73 NY2d 629, 633-634; *Burns Jackson Miller Summit & Spitzer v Lindner,* 59 NY2d 314, 325, 329-331).

The plaintiff's remaining contentions are without merit. Feuerstein, J.P., Smith, Goldstein and Luciano, JJ., concur.